IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY, COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| AMANDA PALMER, | ) ) ) |
| Plaintiff/Intervenor, | ) ) |
| v. | ) Case No. 10-CV-2290 EFM/DWB ) |
| CACTUS GRILL, INC., NORTHSTAR RESTAURANTS, INC.; JOSE PEPPER'S 143RD, LLC; JOSE PEPPER'S MIDLAND, LLC; JOSE PEPPER'S P.V., LLC, f/k/a CACTUS GRILL P.V., LLC; EJG, LLC; JOSE PEPPER'S TOPEKA, LLC; JOSE PEPPER'S WICHITA, LLC; JOSE PEPPER'S GRILL, INC.; JOSE PEPPER'S, INC.; JOSE PEPPER'S 3, LLC; JOSE PEPPER'S BELTON, LLC; JOSE PEPPER'S LEE'S SUMMIT, LLC; and JOSE PEPPER'S LIBERTY, LLC | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Amanda Palmer (formerly Amanda Heschmeyer), by and through her counsel, and pursuant to Rules 24(a), 24(b) and 24(c) of the Federal Rules of Civil Procedure, filed a Motion for Leave to Intervene in the above-captioned case. (Doc. 4). Pursuant to D. Kan. Rule 6.1(d)(1), any response to a non-dispositive motion is due within 14 days of the filing of the motion. No response has been filed to the motion to intervene and the time for filing same has expired. Therefore, the motion to intervene may be granted as an uncontested motion pursuant to D. Kan. Rule 7.4.

Furthermore, based on the arguments presented therein, it is **HEREBY ORDERED** that Amanda Palmer be permitted to intervene, as of right, in this matter.

The Court notes that Ms. Palmer attached her Complaint in Intervention to her Motion. Ms. Palmer shall immediately file her Complaint in Intervention in the form attached to the motion. Defendants shall file their Answer to that Complaint within the time allowed by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 19th day of July, 2010, at Wichita, Kansas.

s/ DONALD W. BOSTWICK<br>United States Magistrate Judge